Kevin P. Hartley (admitted pro hac vice)
kevin@trusttree.com
Derrick M. Davis (admitted pro hac vice)
derrick@trusttree.com
TRUST TREE LEGAL, P.C.
798 Berry Road, #41400
Nashville, Tennessee 37204
Tel.: (615) 469-0451
Fax: (615) 852-8408

Mark Yeh, CA Bar No. 307181
mark.yeh@kppb.com
KPPB LLP
180 E. Ocean Blvd., Suite 1030
Long Beach, CA 90802
Tel.: (949) 852-0000
Fax: (949) 852-0004

*Attorneys for Plaintiff Uncommon James, LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| UNCOMMON JAMES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>U LOS ANGELES,<br><br>Defendant. | Case No.: 2:26-cv-03099-WLH<br><br>**STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION** [22]<br><br>JS-6 |

/ / /

/ / /

## ADDITIONAL COUNSEL FOR DEFENDANT

Paro Astourian, Esq. (SBN 225488)
paro@astourianlaw.com
James R. Galliver, Esq. (SBN 246466)
j.galliver@astourianlaw.com
ASTOURIAN & ASSOCIATES, INC.
301 N. Lake Ave., Suite 1001
Pasadena, California 91101
Tel.: (626) 795-7922

*Attorneys for Defendant U Los Angeles, Inc.*

Plaintiff Uncommon James, LLC ("UJ") and Defendant U Los Angeles, Inc. ("ULA") have entered into a Confidential Settlement Agreement and Release (the "Settlement Agreement") to fully and finally resolve this action (the "Action"). As part of the Settlement Agreement, UJ and ULA stipulate and agree to the entry of this Consent Judgment and Permanent Injunction (the "Consent Judgment").

Therefore, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. **Jurisdiction and Venue.** This Action arises under the Lanham Act, 15 U.S.C. § 1051 et seq. This Court has subject-matter jurisdiction under 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1338, and 1367(a). Venue is proper under 28 U.S.C. § 1391(b). This Court has personal jurisdiction over ULA, which resides in and conducts business in this District.
2. **The Parties.** UJ is a limited liability company organized under the laws of Delaware with a principal place of business at 702 Melrose Ave, Nashville, Tennessee 37211. ULA is a corporation organized under the laws of California with a principal place of business at 550 South Hill Street, Suite 1166, Los Angeles, California 90013.
3. **UJ's Trademark Rights.** UJ is the owner of U.S. Trademark Registration No. 8,103,345 for a stylized "U" logo (the "UJ Mark") for "Jewelry; Necklaces; Earrings; Rings; Bracelets" in International Class 14, U.S. Trademark Registration No. 8,242,394, issued on the Principal Register for "Online retail store services featuring a wide variety of consumer goods; On-line retail store services featuring jewelry, clothing, apparel, skincare products, beauty products, perfumes, clothing accessories, jewelry accessories, travel accessories, bags, drinkware, glasses, sunglasses, candles, home decor, kitchen decor, cookware, cooking utensils, towels, and cookbooks; Retail store services featuring jewelry, clothing, apparel, skincare products, beauty products, perfumes, clothing accessories, jewelry accessories, travel accessories, bags, drinkware, glasses, sunglasses, candles, home

decor, kitchen decor, cookware, cooking utensils, towels, and cookbooks; Retail store services featuring a wide variety of consumer goods" in International Class 35, together with the common law rights and substantial goodwill associated with the UJ Mark.

4. **ULA's Trademark Rights**. ULA has operated a jewelry and retail business under the name "U Los Angeles" and is the owner of the standard character mark "U Los Angeles", U.S. Trademark Registration No. 7,241124, issued on the Principal Register for "Jewelry" in International Class 14, and "Online retail store services rendered in a virtual environment featuring physical goods, namely, jewelry; Retail jewelry stores" in International Class 35. UJ makes no contention or claim related to ULA's use of its business name or standard character trademark infringes on any rights of UJ.

5. **ULA's Alleged Infringing Use.** UJ alleges that ULA is using a stylized "U" logo confusingly similar to the UJ Mark (the "Infringing Mark") in connection with the advertisement, marketing, offer for sale, and sale of jewelry and retail services.

6. **Admission of Liability.** ULA admits and concedes liability for its use of the Infringing Mark as alleged in the Complaint in this Action, and admits that such use:

   a. infringed UJ's rights in the UJ Mark in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114;

   b. constituted unfair competition and false designation of origin in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a);

   c. constituted unfair competition in violation of Cal. Bus. & Prof. Code § 17200; and

   d. constituted trademark infringement and unfair competition under the common law of the State of California.

7. **Permanent Injunction.** ULA, and its officers, directors, members, employees, agents, representatives, successors, assigns, and all persons or entities in active

concert or participation with any of them who receive actual notice of this Consent Judgment, are hereby PERMANENTLY ENJOINED from, directly or indirectly:

a. using the Infringing Mark or any other mark, name, logo, or designation that is identical or confusingly similar to the UJ Mark, in connection with the manufacture, advertising, marketing, promotion, offer for sale, or sale of jewelry, retail services, or any related goods or services;

b. using any such mark or name on any website, social media account or handle, retail signage, jewelry or jewelry engravings, packaging, advertising, or marketing materials;

c. applying for or obtaining any state, federal, or foreign trademark or service mark registration for the Infringing Mark or any confusingly similar mark; and

d. assisting, aiding, or abetting any other person or entity in engaging in any of the activities prohibited by this Paragraph 7.

8. **Packaging Phase-Out.** Notwithstanding the above Paragraph 7 of this Consent Judgment, ULA shall be permitted to continue to use, distribute, and sell existing product packaging bearing the Infringing Mark that is in ULA's inventory as of the date of entry of this Consent Judgment, solely until the earlier of (i) the date ULA has fully depleted that existing inventory, or (ii) the date that is nine (9) months after the date of entry of this Consent Judgment.

9. **Continued Use of Business Name and Standard Mark**. Notwithstanding the above Paragraph 7 of this Consent Judgment, UJ acknowledges and agrees that ULA's continued use of its business name and standard character trademark "U Los Angeles" is not infringing on any rights of UJ and is not enjoined by this Consent Judgment.

10. **Enforcement; Liquidated Damages.** This Consent Judgment is entered pursuant to, and incorporates by reference, the cure and liquidated damages provisions of the Settlement Agreement. Any application for liquidated damages, additional

injunctive relief, or other remedy for an alleged breach of this Consent Judgment shall be resolved consistent with the Settlement Agreement.

11. **Continuing Jurisdiction.** This Court shall retain jurisdiction over the Parties and this Action for the purpose of enforcing, implementing, or construing this Consent Judgment and the Settlement Agreement.

12. **Waiver of Appeal.** The Parties waive notice of entry of this Consent Judgment and any right to appeal from, or otherwise seek relief from or contest the validity of, this Consent Judgment, and consent to its immediate entry in accordance with its terms.

13. **Final Judgment.** This Consent Judgment constitutes a final judgment resolving all claims asserted in the Action as to all parties. Except as otherwise provided in the Settlement Agreement, each Party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: 10/05/2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT COURT JUDGE